```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:09-CV-01094-MCE-DAD
                                     )
12           Plaintiff,              )  **ORDER REGARDING CLERK'S**
                                     )  **ISSUANCE OF WARRANT FOR**
13       v.                          )  **ARREST OF ARTICLES *IN REM***
                                     )
14  APPROXIMATELY $13,896.00 IN      )
    U.S. CURRENCY, and               )
15                                   )
    APPROXIMATELY $12,310.00 IN      )
16  U.S. CURRENCY,                   )
                                     )
17           Defendants.             )
                                     )
18  _____ )
```

19      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
20  filed on April 21, 2009, in the United States District Court for
21  the Eastern District of California, alleging that the defendants
22  Approximately $13,896.00 in U.S. Currency and Approximately
23  $12,310.00 in U.S. Currency (hereafter "defendant currency"), are
24  subject to forfeiture to the United States pursuant to 21 U.S.C.
25  § 881(a)(6) for one or more violations of 21 U.S.C. § 841 et
26  *seq.*;

27      And, the Court being satisfied that, based on the Verified
28  Complaint for Forfeiture *In Rem* and the affidavit of Drug

                                    1

Enforcement Administration Special Agent Dennis Hale, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: April 27, 2009

CRAIG M. KELLISON
United States Magistrate Judge