LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $13,896.00 IN<br>U.S. CURRENCY, and<br><br>APPROXIMATELY $12,310.00 IN<br>U.S. CURRENCY,<br><br>      Defendants. | 2:09-cv-01094-MCE-DAD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER** |

    Plaintiff, United States of America ("Plaintiff"), and claimant, Joshua Patrick Snider ("Claimant"), by and through their respective counsel, hereby request that the joint status report currently due on June 26, 2009, be continued for approximately 55 days, or effectively until August 20, 2009.

    Plaintiff and Claimant make this request for the following reasons: Plaintiff and Claimant have agreed to extend Claimant's time to file his claim to the defendant funds to July 15, 2009. Because Claimant's counsel is currently in the process of preparing his client's claim and answer in this action,

1  Claimant's counsel is not in a position yet to contribute
2  meaningfully to the process of conferring on the matter as
3  required by Rule 26(f) of the Federal Rules of Civil Procedure
4  and to the preparation of a resulting joint status report as
5  required by the Court's Order on April 22, 2009.
6      As soon as the need became apparent, counsel for Plaintiff
7  and Claimant have conferred about an extension of time to file
8  the joint status report and, without delay, hereby make their
9  request.
10     As required under Rule 6-144(b) of the Local Rules of
11 Practice for the United States District Court, Eastern District
12 of California, the Plaintiff and Claimants hereby represent that
13 no prior extensions of time have been sought in regard to the
14 filing of the joint status report.

16 Dated: June 24, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney

19                               /s/ Saralyn M. Ang-Olson
                                 SARALYN M. ANG-OLSON
20                               Special Assistant U.S. Attorney

23 Dated: June 24, 2009          /s/ Jeffrey Stotter
                                 JEFFREY STOTTER
24                               Attorney for Claimant
                                 Joshua Patrick Snider

1 **ORDER**

2     For the reasons set forth above, the parties shall submit a
3 joint status report on or before August 20, 2009.

4     **IT IS SO ORDERED.**

Dated: June 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3    STIPULATION FOR EXTENSION OF TIME TO FILE
JOINT STATUS REPORT