BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CV-01094-MCE-DAD |
|---|---|---|
| Plaintiff, | ) | FINDINGS AND RECOMMENDATIONS |
| v. | ) | |
| APPROXIMATELY $13,896.00 IN U.S. CURRENCY, and | ) | |
| APPROXIMATELY $12,310.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

This matter came before the Honorable Judge Dale A. Drozd on plaintiff United States' _ex parte_ motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

 1.  This action arose out of a Verified Complaint for Forfeiture _In Rem_ filed April 21, 2009.

 2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Justin Lee Taylor, Joshua

Patrick Snider, John Matthew Maddrill, and Budget, PV Holding Corporation.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Justin Lee Taylor, Joshua Patrick Snider, John Matthew Maddrill, and Budget, PV Holding Corporation received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED that:

1. Justin Lee Taylor, Joshua Patrick Snider, John Matthew Maddrill, and Budget, PV Holding Corporation be held in default;

2. Plaintiff's motion for default judgment and final judgment of forfeiture (Doc. No. 28) be granted;

3. A judgment by default be entered against any right, title or interest of potential claimants Justin Lee Taylor, Joshua Patrick Snider, John Matthew Maddrill, and Budget, PV Holding Corporation in the defendant currency;

4. A final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law; and

5. Plaintiff's Proposed Default Judgment and Final Judgment of Forfeiture be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

DATED: December 13, 2010.

_DALE A. DROZD_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\USvApprox$13,896.1094.f&r