UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**United States of America**

  v.

**Approximately $13,896.00 in
U.S. Currency, et al.**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-09-1094 MCE DAD

  **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

  **Justin Lee Taylor, Joshua Patrick Snider, John Matthew Maddrill, and Budget, PV Holding Corporation**

December 15, 2010

             VICTORIA C. MINOR, CLERK

             By: _____/s/_____
               K. Owen , Deputy Clerk